UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARLENE DICKEY and
SARAH HARPER,

    Plaintiffs,

v.                                    Case No. 3:17cv944-RV-CJK

ROBERT MICHAEL ARDIS,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 31, 2018 (doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed (doc. 17), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Ardis' motion to proceed *in forma pauperis* (docs. 2, 8) is **GRANTED** for the limited purpose of remanding this case to state court.

3. Escambia County Court Case No. 2017DR004143 is **REMANDED** to the state court from which it was removed.

4. All pending motions (docs. 7, 9) are **DENIED AS MOOT**.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of February, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**